UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| | : | |
| v. | : | Mag. No. 25-8107 |
| | : | |
| DWAYNE SMALLS | : | <u>CRIMINAL COMPLAINT</u> |

I, Special Agent Elizabeth White, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached pages and made a part hereof.

         */s/ Elizabeth White /JS*
         ―――――――――――――――――
         Elizabeth White, Special Agent
         Federal Bureau of Investigations,

Special Agent White attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 29th day of April, 2025.

         */s/ Jessica S. Allen /JS*
         ―――――――――――――――――
         Hon. Jessica S. Allen
         United States Magistrate Judge

1

## ATTACHMENT A

## COUNT ONE
### (Distribution of Child Pornography)

From at least as early as on or about August 9, 2023 through at least as recently as on or about October 27, 2023, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

**DWAYNE SMALLS**,

did knowingly receive and distribute material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

## COUNT TWO
**(Possession of Child Pornography)**

On or about November 28, 2023, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

**DWAYNE SMALLS**,

did knowingly possess material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which images had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## **ATTACHMENT B**

I, Elizabeth White, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have participated in this investigation, discussed this matter with other law enforcement officers, and have reviewed documents and other materials. Accordingly, I have personal knowledge of the facts set forth below. Because this criminal Complaint is being submitted only for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause. Unless specifically indicated, all conversations and statements described in this Complaint are related in sum and substance and in part, and all dates and figures are approximate.

1. On or about August 15, 2022, an undercover employee working with the FBI (the "UCE") observed a user with the username "Toola68" post on a chat-hosting website ("Platform-1") a message stating "I GOT BABY-17 PDO VIDS PRICES VARY NOT FREE …"  This user also posted a screenshot depicting two still pictures taken from videos, at least one of which appears to contain child sexual-abuse material ("CSAM").  The CSAM image depicts an adult woman's hands touching the genitals of a prepubescent girl while her hands were near the genital area of another prepubescent girl.  Imposed over the screenshot was text that read "got all ages NOTHING FREE ASK FOR MY [usernames on other chat platforms] IF INTERESTED NOTHING FREE!!!"

2. Based on my training and experience, I believe that this message was transmitted by the person who utilizes the Platform-1 account Toola68 for the purpose of advertising that he can sell CSAM depicting children of "all ages."

3. On the same date, after seeing the screenshot, the UCE messaged Toola68 and requested his username on one of the other chat platforms that Toola68 mentioned in the advertisement ("Platform-2").  Toola68 responded by providing the Platform-2 username Crystal1010837 (the "Crystal Account") along with the message "Prices vary message if interested".

4. The UCE then engaged the Crystal Account on Platform-2, and the Crystal Account sent the UCE several screenshots depicting what appear to be electronic folders and video files with titles that are indicative of CSAM because they use the letters "yo"—believed to be short for "years old"— next to numbers that appear to indicate children's and teenagers' ages, along with sexually explicit descriptions.  For example, one screenshot shows files with names including "7Yo Blow0.mp4," "15yo Fuck & Cum Suck.mp4," and "8yo_-_Cum_in_face0.pm4."

5. After sending the screenshots, the Crystal Account sent the UCE a message stating "Baby-17 anal forced bj penetration[,]" and "For any of the 3 bundles $40, if you buy all 3 I'll do a $60 deal[.]"

4

6. Through legal process, law enforcement agents investigating this matter learned the email address associated with the Crystal Account. The email address contains defendant DWAYNE SMALLS's first and last name. In addition, the investigation revealed that an IP address used to access the Crystal Account was subscribed to a "Dwayne Small" with an address in Paterson, New Jersey, which was later confirmed to be SMALLS's residence.

7. Chat messages from the Crystal Account lawfully obtained and reviewed by law enforcement show the user of the Crystal Account distributing videos and images containing CSAM to various other individuals. For example, the Crystal Account distributed a video file to individual users on 6 occasions between August 9 and August 29, 2023. The video depicts prepubescent female victim with brown hair, naked and touching her exposed genitalia.

8. On November 28, 2023, law enforcement lawfully searched SMALLS's residence in Paterson and obtained his cellphone. A review of the cellphone shows multiple chats on Platform-2 from the Crystal Account wherein SMALLS sent messages containing CSAM to various other users and encouraged them to purchase more images or videos.

    a. For example, on October 14, 2023, SMALLS, using the Crystal Account, distributed to another Platform-2 user ("User-1") at least one image containing CSAM, accompanied by a message "you know I sell correct?"

        i. In the messages from SMALLS to User-1, SMALLS sent a screenshot with lists of file names, with each file name accompanied by a thumbnail of a video. One of the file names sent by SMALLS was "13 Yr Asian.mp4", indicative of CSAM. In a separate message, SMALLS sent a 49-second video containing CSAM. The video depicts a prepubescent Caucasian female victim with brown hair. The minor victim is naked and her anus and genitals are exposed to the camera. The minor victim uses her finger and thumb to penetrate her anus and vagina.

    b. As another example, on October 27, 2023, SMALLS, using the Crystal Account, distributed to another Platform-2 user ("User-2") images containing CSAM, accompanied by messages "Baby-17 anal forced bj penetration" and "400+ vids per file[.]"

5

       i. In the messages from SMALLS to User-2, SMALLS sent a screenshot of folders which have titles indicative of CSAM, including "very young vids" and "young". The screenshot also has two thumbnail images of videos. The first thumbnail image depicts a naked Caucasian adult male who is straddling what appears to be a child. The second thumbnail images depicts a prepubescent Caucasian female with brown hair. The minor has an adult penis in her mouth.

9. During the execution of the search warrant at SMALLS's residence, SMALLS was interviewed by law enforcement agents and made the following statements, among others, after the agents read him his *Miranda* rights and he provided a written waiver of those rights:

    a. SMALLS admitted that he created various email addresses, and that the email address typically used his first and last name followed by a number;

    b. SMALLS admitted to using Platform-1 and Platform-2 to post, and that he "might have" posted various images containing CSAM, though he claimed he simply scammed people and did not actually send them additional CSAM after they sent him money in response to his ads depicting CSAM and offering to sell more;

    c. SMALLS admitted he has acted online using the alias "Crystal"; and

    d. SMALLS acknowledged that the phone seized by law enforcement on November 28, 2023 was his, and he provided the password to unlock the device.

10. A review of SMALLS's phone revealed that the phone contained eleven unique video files containing CSAM, as well as images depicting CSAM. Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, these CSAM images and videos traveled in interstate commerce, via the Internet.